IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSE TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 1: 03-CV-531-VPM |
| v. | ) | WO |
| | ) | |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

This case is now before the court on the Plaintiff's Motion for Attorney Fees (Doc. # 21), in accordance with the Equal Access to Justice Act ["EAJA"]. 28 U.S.C. § 2412 (2004). The Commissioner responded to the motion without objection and requesting an order awarding the amount sought. (Doc. # 23).[1]

Having reviewed of the parties' submissions, the court concludes that the plaintiff is a prevailing party within the meaning of section 2412, and her application was timely filed. Furthermore, the amount of fees on which the parties agree is reasonable. Accordingly, it is the ORDER, JUDGMENT, and DECREE of this court that the plaintiff's motion be GRANTED in the amount of $4,115.89.

---

[1] Plaintiff requested an award in the amount of $4,115.89. (Doc. # 21). This amount represents 25.85 attorney hours at the rate of $152.05 per hour. (Doc. # 21) as well as the filing fee of $150 and photocopying and postage expenses in the total amount of $35.40. Defendant correctly notes that the plaintiff incorrectly characterized the filing fee as an expense (Doc. # 23) when in fact, under the EAJA, filing fees are costs (nonetheless subject to be awarded), as distinguished from attorney fees and expenses. *Contrast* 28 U.S.C. § 2412(a) *with* § 2412(b); *see also* 28 U.S.C. § 1920. Regardless, the defendant does not object to plaintiff's request for compensation for the filing fee paid.

DONE this 10th day of June, 2005.

                                    /s/ Vanzetta Penn McPherson
                                    VANZETTA PENN MCPHERSON
                                    UNITED STATES MAGISTRATE JUDGE